UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
20-CR-20130-MOORE

UNITED STATES OF AMERICA,

    Plaintiff

vs.

LADARIUS DONTRELL CRAWFORD,

    Defendant.

_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Oquendo-Caballero (ECF No. 38).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 39). At the status conference conducted on June 16, 2023, defense counsel represented that Defendant Crawford would admit the violations alleged in the Petition (ECF No. 32).[1] Accordingly, no evidentiary hearing is warranted for the purpose of determining probable cause.

Upon consideration of the Petition, Notices and with the benefit of the status conference, it is the recommendation of the undersigned that the Court set the matter for final hearing and accept Defendant's admission of guilt of the Supervised Release Violation Nos. 1 through 3 as charged in the Petition.

---

[1] Counsel for the Government further represented that the Parties would be seeking to reinstate, not revoke, Defendant Crawford's supervised release. United States Probation Officer Charisse Garcia attended the hearing and confirmed that the Government's representation was consistent with her recommendation.

1

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 16th day of June, 2022.

LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:     The Honorable K. Michael Moore
        Counsel of record